UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE SMITH,

    Plaintiff,

v.

    Case No. 12-10377

    HON. GEORGE CARAM STEEH

CITIMORTGAGE, INC. and
FLAGSTAR BANK, FSB,

    Defendant.
_____/

ORDER DISMISSING CASE

On July 10, 2012, the court issued an order to show cause as to why this case should not be dismissed for failure to prosecute. On July 17, 2012, plaintiff filed a response to the show cause requesting a voluntary dismissal. The court GRANTS plaintiff's request to DISMISS the case without prejudice.

IT IS SO ORDERED.

Dated: July 25, 2012

    s/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 25, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk